| | |
|---|---|
| 1 | THE BICKEL LAW FIRM |
| | Brian J. Bickel, State Bar No. 205646 |
| 2 | brianbickel@a bickellawfirm.corn |
| | Laura Goolsby , State Bar No. 321721 |
| 3 | lauragoolsby bickellawfirm.com |
| | 701 B StreetSuite 1200 |
| 4 | San Diego, California 92101 |
| | Tel. No.: 619-374-4100 |
| 5 | Fax No.: 619-231-9040 |
| 6 | Attorneys for Plaintiff LOAN NGUYEN |
| 7 | BOWMAN AND BROOKE LLP |
| | Sean A. Ramia (SBN: 172989) |
| 8 | Email: Sean.Ramia@bowmanandbrooke.com |
| | Parris H. Schmidt (SBN: 183999) |
| 9 | Email: Parris.Schmidt@bowmanandbrooke.com |
| | 1741 Technology Drive, Suite 200 |
| 10 | San Jose, California 95110-1364 |
| | Tel No: 408/ 279-5393 |
| 11 | Fax No: 408/ 279-5845 |
| 12 | Attorneys for Defendant |
| | JAGUAR LAND ROVER NORTH AMERICA, LLC |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN NGUYEN, | **CASE NO.: 2:18-CV-1967-JAM-CKD** |
| Plaintiff, | (Removed from the Superior Court of Placer County, Case No. SCV0041290) |
| vs. | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOE 1 through DOE 10, inclusive, | Action Filed: June 5, 2018 |
| | **Trial: December 2, 2019** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff LOAN NGUYEN ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("JLRNA") (collectively "Parties"), through their respective attorneys of record, as follows:

The Parties agree that good cause exists to modify the Court's Scheduling Order to work out the terms of the tentative settlement and resolving the outstanding attorneys' fee issue, as follows:

1. The Parties stipulate to extend Discovery Cut-Off from **June 28, 2019** to **September 30, 2019.**

Dated: July 22, 2019         THE BICKEL LAW FIRM

                             By: */s/Jordan K. Wager*
                                 Jordan K. Wager
                                 Attorneys for Plaintiff
                                 LOAN NGUYEN

Dated: July 22, 2019         BOWMAN AND BROOK, LLP


                             By: */s/ Sean A. Ramia*
                                 Brian Takahashi
                                 Sean A. Ramia
                                 Parris H. Schmidt
                                 Attorneys for Defendant
                                 JAGUAR LAND ROVER NORTH
                                 AMERICA, LLC

# **ORDER**

The above JOINT STIPULATION TO MODIFY SCHEDULING ORDER is approved.

IT IS SO ORDERED.


DATED: July 23, 2019                     /s/ John A. Mendez
                                         United States District Court Judge

21036655v1                                    3                           2:18-cv-1967-JAM-CKD
_____
JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER