THE BICKEL LAW FIRM
Brian J. Bickel (SBN: 20564)
brianbickel@bickellawfirm.com
Jordan K. Sannipoli (SBN: 306545)
jordansannipoli@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Tel No. 619/374-4100
Fax No. 619/231-9040

Attorneys for Plaintiff
LOAN NGUYEN

BOWMAN AND BROOKE LLP
Sean A. Ramia (SBN: 172989)
Sean.Ramia@BowmanandBrooke.com
Parris H. Schmidt (SBN: 183999)
Parris.Schmidt@BowmanandBrooke.com
1741 Technology Drive, Suite 200
San Jose, California 95110
Tel No.:   408/ 279-5393
Fax No.:   408/ 279-5845

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN NGUYEN<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC; and DOES 1 - 10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-01967-JAM-CKD**<br>(Removed from California Superior Court OF Placer County, Case No. SCV0041290)<br><br>Assigned to: Magistrate Judge Carolyn K. Delaney<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　June 5, 2018<br>Trial:　　　　　December 2, 2019 |

TO THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 14, 2019 | THE BICKEL LAW FIRM |
| 3 | | BY: /s/ Jordan K. Sannipoli |
| | | Brian J. Bickel |
| 4 | | Jordan K. Sannipoli |
| | | Attorneys for Plaintiff |
| 5 | | LOAN NGUYEN |

DATED: October 14, 2019     BOWMAN AND BROOKE LLP

BY: /s/Sean A. Ramia
    Brian Takahashi
    Sean A. Ramia
    Parris H. Schmidt
    Attorneys for Defendant
    JAGUAR LAND ROVER NORTH AMERICA, LLC

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice and all dates are vacated.

DATED:   April 8, 2020

/s/ John A. Mendez
United States District Court Judge